UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE PROTECT DEMOCRACY PROJECT, INC.**<br><br>              **Plaintiff,**<br><br>       **v.**<br><br>**U.S. DEPARTMENT OF STATE,**<br><br>              **Defendant.** | **Civil Action No. 18-0592 (TJK)** |

## CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendant United States Department of State ("Department of State" or "Defendant") moves this Court for an extension of time, to and including June 6, 2018, to file an answer or other response to Plaintiff's Freedom of Information Act ("FOIA") complaint.   Department of State's answer to the complaint is currently due on May 7, 2018.   This is Defendant's first request for an extension of time in this FOIA matter. Defendant's counsel has consulted with Plaintiff's counsel who indicates that Plaintiff does not object to this motion. A proposed order is attached.

Grounds for this motion are as follow:

Undersigned counsel primarily assigned to this case ("counsel") entered an appearance on April 24, 2018. At that time, counsel sent a communication to the Department of State requesting a litigation report relating to this FOIA request that seeks a wide variety of records. Counsel also requested the name of the agency counsel who will assist in the litigation.

On May 4, 2018, agency counsel, who was just assigned the matter contacted undersigned counsel, notwithstanding the fact that she was out of the office on leave. Agency

counsel also requested that the parties discuss the narrowing of the records requested and, to that end, and because counsel has insufficient information to file an answer by the current due date of May 7, 2018, a thirty (30) day extension is being requested. Accordingly, an extension of time is requested to and including June 6, 2018, to file an answer in this FOIA litigation.   As noted above, Plaintiff has consented to this requested extension of time.

      WHEREFORE, Defendant respectfully requests an extension of time, to and including June 6, 2018, to answer or otherwise respond to the Complaint in this case.

                                            Respectfully submitted,

                                            JESSIE K. LIU, D.C. Bar #472845
                                            United States Attorney

                                            DANIEL F. VAN HORN, D.C. Bar #924092
                                            Chief, Civil Division

                                            __/s/_____
                                            CLAIRE WHITAKER, D.C. BAR # 354530
                                            Assistant U.S. Attorney
                                            Judiciary Center Building
                                            555 Fourth St., N.W., Rm. E4204
                                            Washington, D.C. 20530
                                            (202) 252-2526
                                            claire.whitaker@usdoj.gov